# EXHIBIT A



### THE WEISER LAW FIRM

WWW.WEISERLAWFIRM.COM

PENNSYLVANIA
22 CASSATT AVE.
BERWYN, PA 19312
TELEPHONE: (610) 225-2677
FACSIMILE:  (610) 408-8062

CALIFORNIA
12707 HIGH BLUFF DRIVE, SUITE 200
SAN DIEGO, CA 92130
TELEPHONE: (858) 794-1441
FACSIMILE: (858) 794-1450

November 26, 2013

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Hatim A. Tyabji
Chairman of the Board
Best Buy Co., Inc.
7601 Penn Avenue South
Richfield, Minnesota 55423

Re:   **Shareholder Demand Pursuant to Minn. R. Civ. P. 23.09**

Dear Mr. Tyabji:

This firm represents Khuong "Ken" Tran (the "Stockholder"), a current holder of common stock of Best Buy Co., Inc. ("Best Buy" or the "Company"). Pursuant to Minn. R. Civ. P. 23.09, we write on behalf of the Stockholder to demand that Best Buy's Board of Directors (the "Board") take action to remedy breaches of fiduciary duties and/or violations of law by certain current and/or former directors and executive officers of the Company, including yourself ("Tyabji"), Brian J. Dunn ("Dunn"), James L. Muehlbauer ("Muehlbauer"), Richard M. Schulze, Matthew H. Paull, Kathy J. Higgins Victor, Ronald James, Rogelio M. Rebolledo, George L. Mikan III, Gérard R. Vittecoq, Sanjay Khosla, Lisa M. Caputo, Bradbury H. Anderson, Allen U. Lenzmeier, Elliot S. Kaplan, Mike Vitelli ("Vitelli") and Frank D. Trestman. Collectively, the foregoing executive officers and directors of the Company will be referred to herein as "Management."

As you are aware, by reason of their positions as officers and directors of Best Buy and because of their ability to control the business and corporate affairs of Best Buy, Management owed and owes Best Buy and its shareholders the fiduciary obligations of good faith, loyalty, and due care, and are required to use their utmost ability to control and manage the Company in a fair, just, honest, and equitable manner. The Stockholder believes that Management has violated these core fiduciary duty principles, causing Best Buy to suffer damages. In particular, Management has caused the Company to face significant exposure as a result of the issuance of false and misleading statements.

1

I.  **FACTUAL BACKGROUND**

  A.  **Overview of the Company and Certain 2010 Statements**

According to its public filings, Best Buy is a multinational retailer of consumer electronics, home office products, entertainment software, appliances, and related services. The Company operates in two segments: domestically (in the U.S.) and internationally, with the majority of its sales derived from its domestic operations.

On March 25, 2010, Management issued a press release announcing fourth quarter 2010 and fiscal year 2010 financial results. Therein, Management reported fourth quarter earnings of $779 million and earnings per share ("EPS") of $1.82, a comparable-store sales increase of 7% year over year and market share gains of 260 basis points. In addition, Management stated that the Company's fiscal year 2011 earnings would be $3.45-$3.60 per share. The press release set forth, in relevant part:

> Best Buy's Fourth Quarter Diluted EPS Increases to $1.82
>
> * * *
>
> Best Buy Co., Inc., a leading retailer of consumer electronics, today reported net earnings of $779 million, or $1.82 per diluted share, for its fiscal fourth quarter ended on Feb. 27, 2010 . . . .
>
> * * *
>
> The domestic segment experienced a low double-digit comparable store sales increase in notebook computers and a high single-digit increase in comparable store sales in flat-panel televisions.
>
> * * *
>
> Fiscal 2010 Annual Results
>
> * * *
>
> • Total revenue of $49.7 billion, a 10 percent increase year-over-year. . . .
> • The company believes domestic market share increased 240 basis points during the 12-months ended Jan. 31, 2010 . . . .
> • GAAP net earnings of $3.10 per diluted share, a 30 percent increase year-over-year . . . .
>
> * * *
>
> Best Buy Establishes Fiscal 2011 EPS Outlook of $3.45 to $3.60.
>
> * * *
>
> • Revenue of $52.0 billion to $53.0 billion, an increase of 5 percent to 7 percent.
> • A comparable store sales increase of 1 percent to 3 percent.
>
> * * *
>
> • Earnings per diluted share of $3.45 to $3.60 . . . .

The March 25, 2010 press release further stated that the Company would engage in share repurchases during fiscal year 2011, thus reducing outstanding shares and positively impacting earnings results. However, the press release insisted that the Company's 2011 EPS forecast of up

2

to $3.60 per share was independent of the impact of such repurchases:

> The company noted that it has $2.5 billion remaining under its existing board-approved share repurchase authorization and intends to resume share repurchases. However, the impact of potential share repurchases has not been included in the company's fiscal 2011 diluted EPS guidance.

On June 15, 2010, Management reported the Company's first quarter 2011 financial results in a press release. The press release reported EPS of $0.36, badly missing Wall Street first quarter 2011 consensus estimates of $0.50 per share. Management also reported a weak comparable-store sales increase of only 1.9%, soaring Selling, General and Administrative Expenses ("SG&A") of $2.5 billion, an increase of 12% year over year, and an inventory increase of 10% year over year. Management explained that the Company had experienced some softness in key business categories, including gaming, music, movies and televisions. Management nevertheless maintained that the second half of the year would be profitable and reaffirmed all aspects of their fiscal year 2011 financial forecast, reportedly to be driven by top-line revenue growth and margin expansion:

> Best Buy Co., Inc., a leading retailer of consumer electronics, today reported net earnings of $155 million, or $0.36 per diluted share, for its fiscal first quarter ended May 29, 2010, compared with $153 million, or $0.36 per diluted share, for the prior-year period.
>
> * * *
>
> The domestic segment's fiscal first quarter revenue totaled $7.9 billion, an increase of 5 percent versus the prior-year period. This increase was driven by the addition of net new stores and a comparable store sales gain of 1.9 percent.
>
> The comparable store sales gain was driven primarily by an increase in average ticket. The domestic segment experienced low double-digit comparable store sales increases in notebook computers, mobile phones and appliances. These gains were partially offset by comparable store sales decreases in gaming, music and movies. The company also noted that it experienced a low-single digit comparable store sales decline in televisions driven by a high single-digit increase in unit sales offset by moderating price declines.

Notwithstanding reported sales declines in key product categories, Management stated in the Company's press release that market share growth was continuing (100 basis points for the three months ended April 30, 2010) and reaffirmed sales revenue and earnings forecasts for fiscal year 2011:

> "We continue to expect solid top-line growth and expansion of our annual operating margin to approximately 5 percent of revenue in fiscal 2011."
>
> The company also reiterated its fiscal 2011 outlook and annual diluted EPS guidance as provided on March 25, 2010.

3

B. **False and Misleading Statements**

On September 14, 2010, Management issued a press release announcing the Company's financial results for the fiscal 2011 second quarter ended August 28, 2010. The press release was later memorialized on a Form 8-K filed with the U.S. Securities and Exchange Commission (the "SEC"). The press release reported earnings of $254 million (an increase of 61% year-over-year) and EPS of $0.60 (an increase of 62% year-over-year) for the quarter. However, Management continued to report disappointing sales figures attributed to decline in TV, entertainment hardware, and software sales, as the Company disclosed a domestic comparable-store sales decline of 1.4%. Accordingly, the Company reduced its fiscal year 2011 revenue guidance by $1 billion, and dropped its comparable store sales growth forecast from 1%-3% to 1%-2%.

That same day, Management held a conference call with analysts and investors. During this call, Muehlbauer made the following statements:

> So looking at the results for the first half of fiscal 2011, while there are many moving pieces that we manage like always, *we are pleased that our earnings are essentially in line with our original expectations for the year* as strong gross profit rates and cost control plans worked to offset softer top line growth, particularly in the domestic business.
>
> * * *
>
> In total, these assumptions, along with the favorable impact of share repurchase activity completed in the first half now lead us to an earnings per share guidance range for the year of $3.55 to $3.70, an increase of 13 to 18% versus last year and $0.10 higher than our original range. As you can see, *we are essentially maintaining the operating expectations from our original guidance range and just updating the impact of share repurchases made fiscal year to date. Overall, we are pleased that we are on track to deliver and exceed our annual EPS guidance.*

C. **The Truth Begins to Emerge**

On December 14, 2010, Management issued a press release announcing the Company's financial results for the third quarter of fiscal 2011 (ended November 27, 2010). The results were astounding, as Management reported revenues and earnings that were well-below analyst estimates, a 5% decline in comparable store sales attributed to low demand, and loss of market share. As such, Management caused the Company to reduce its previously reported EPS guidance of $3.55-$3.70 per share to $3.20-$3.40 per share. Worse, Management disclosed that its reduced EPS guidance included the favorable impact of approximately $1.1 billion of share repurchases made in fiscal year 2011 up to the third quarter. Hence, without the repurchases, the Company's EPS forecast would have been an additional $0.12 per share lower. The press release set forth, in relevant part:

**Best Buy Reports Fiscal Third Quarter Diluted EPS of $0.54**

4

*Best Buy Co., Inc. (NYSE:BBY), the world's leading retailer of consumer electronics, today reported net earnings of $217 million, or $0.54 per diluted share, for its fiscal third quarter ended November 27, 2010, compared with $227 million, or $0.53 per diluted share, for the prior-year period.* "I am grateful for the hard work and dedication of our employees in the start of the holiday shopping season," said Brian Dunn, CEO of Best Buy. "While sales were lower than we expected during the quarter, I'm pleased with our strong store execution, solid gross margin expansion and efforts to control costs. I'm confident that our employees will continue to deliver great experiences that help our customers select the best gifts for their friends and family this holiday season."

* * *

*During the third quarter of fiscal 2011, the company repurchased approximately $420 million, or 11 million shares of its common stock at an average price of $38.69 per share. For the first nine months of fiscal 2011, the company repurchased approximately $1.1 billion, or 31 million shares of its common stock at an average price of $36.68 per share. The company estimates that the share repurchase completed fiscal year-to-date had an approximately $0.03 favorable impact to the fiscal third quarter's diluted EPS.*

The company also noted that it has $1.4 billion remaining capacity under its existing share repurchase authorization as of the end of the fiscal third quarter.
On October 5th, 2010, the company paid a dividend of $0.15 per common share, or $60 million in the aggregate.

**Fiscal 2011 Guidance**

"Fiscal third quarter domestic sales were softer than we expected, but we were very pleased with the continued strong gross margin performance and actions to lower variable expenses," said Jim Muehlbauer, Best Buy's executive vice president of finance and CFO. "Based on lower than expected sales and earnings in the fiscal third quarter, and given our current visibility to potential outcomes in the fiscal fourth quarter, we now expect annual earnings to be below our previous fiscal 2011 EPS guidance. There remains a significant amount of business still ahead of us in the holiday selling season and we don't have complete visibility to how customers will behave over the next several weeks. However, our best view today is that we now expect annual EPS in the range of $3.20 to $3.40." The company noted that this new guidance range includes the favorable impact of share repurchases made year-to-date through the end of the fiscal third quarter which approximates $0.12.

On this news, the Company's stock price fell 14%, from a closing price of $41.70 per share on December 13, 2010 to $35.52 per share on December 14, 2010.

On December 15, 2010, BB&T Capital Markets issued a report discussing the Company's earnings miss and FY 2011 forecast reduction. The report particularly questioned why Company executives, knowing in 2Q11 that television and PC sales were slowing, decided

to raise the fiscal year forecast:

> BBY: NOT MUCH TO LIKE ABOUT Q3 "MISS AND LOWER."
> - Best Buy reports worse-than-expected Q3'10 results, lowers FY'10 guidance. Revenue declined 1.1% to $11.9B and diluted EPS increased 1.9% to $0.54, missing our estimate and consensus by $0.10 and $0.07, respectively. Management lowered its FY'10 EPS guidance to $3.20–$3.40 from $3.55–$3.70.
>
> * * *
>
> - Q3 "miss and lower" surprising given recent guidance raise. We believe Best Buy's earnings miss and guidance reduction were all the more disappointing given the fact management had a "free pass" to reduce guidance going into the Q2 earnings release amid widespread reports of slowing television and PC sales, and instead raised its FY'10 forecast.
>
> * * *
>
> In addition, Q3 marks the second time this year Best Buy has come up short of consensus estimates and is the latest of a number of earnings misses over the last few years. We believe these periodic earnings disappointments negatively impact management's credibility with investors . . . .

### D.   **Share Repurchases**

On June 27, 2007, the Board authorized a stock repurchase program of up to $5.5 billion. Pursuant to this share repurchase program, between April 4, 2010 and November 27, 2010, Management engineered a series of massive repurchases of Best Buy stock. In the first quarter of fiscal 2011 alone, Management caused the Company to repurchase over $100 million of its own stock. Then, in the second quarter of fiscal 2011, Management effectuated a repurchase of approximately $600 million of the Company's stock. Finally, in the third quarter of fiscal 2011, Management directed a repurchase of approximately $420 million of Best Buy stock. In total, Management caused Best Buy to repurchase over thirty million shares of Best Buy stock at a whopping aggregate cost to the Company of over $1.1 billion.

Under Management's direction and on its watch, the Company bought back over $1.1 billion worth of its shares at a weighted average price of $36.68. As the previously artificially inflated Company stock precipitously dropped to represent the true value of Best Buy, the Company incurred real economic loss arising from the more than thirty million shares of Best Buy stock the Company repurchased at inflated prices authorized and implemented by Management.

### E.   **Securities Claims Sustained**

As a result of Management's actions described herein, a shareholder class action (the

"Class Action") was filed in the U.S. District Court for the District of Minnesota in 2011.[1] The plaintiffs to the Class Action asserted claims against Best Buy, along with Dunn, Muehlbauer and Vitelli, for violations of the Securities Exchange Act of 1934. On August 5, 2013, the Honorable Donovan W. Frank of the U.S. District Court for the District of Minnesota sustained certain of the claims against the defendants. Judge Frank ruled that statements claiming that the Company was "on track to meet or exceed our annual guidance" and that "earnings are essentially in line with our original expectations for the year" were not forward-looking and were, therefore, actionable as a statement of present condition.[2] Consequently, they were not subject to the safe harbor provision of the Private Securities Litigation Reform Act ("PSLRA"). Judge Frank further found that the allegations of scienter as a whole gave rise to an inference that Defendants acted with the required state of mind that is at least as compelling as any opposing inference of non-culpable conduct.[3] In other words, Judge Frank found indicia that Dunn, Muehlbauer and Vitelli participated in a scheme to defraud investors.

## II.   DEMAND PURSUANT TO MINN. R. CIV. P. 23.09

Based on these events, the Stockholder contends that Management breached its fiduciary duties of loyalty and good faith by, among other things: (i) causing the Company's public statements to be materially false and misleading; (ii) causing or allowing the Company to expend $1.1 billion of Company funds to repurchase Best Buy stock at artificially inflated prices; (iii) failing to establish and maintain adequate internal and financial controls; and (iv) causing Best Buy to face significant exposure in connection with the Class Action. Accordingly, pursuant to Minn. R. Civ. P. 23.09, the Stockholder demands that the Board:

(i)   undertake (or cause to be undertaken) an independent internal investigation into the violations of Minnesota and/or federal law by each member of Management; and

---

[1] *See IBEW Local 98 Pension Fund et al. v. Best Buy Co. Inc. et al.*, No. 11-cv-00429 (D. Minn.).

[2] These statements included the statements on September 14, 2010, described above in this letter.

[3] The PSLRA imposes materially heightened pleading standards in private securities fraud litigation by requiring that a complaint plead with particularity both falsity and scienter. *In re Vantive Corp. Sec. Litig.*, 283 F.3d 1079, 1084 (9th Cir. 2002). To meet these heightened standards, a complaint must specify each statement alleged to have been misleading, and, if an allegation regarding the statement or omission is made on information and belief, the complaint shall state with particularity all facts on which the belief is formed. *Id.* at 1085. With respect to pleading scienter, the PSLRA requires plaintiffs to state with particularity facts giving rise to a strong inference that a defendant acted with the required state of mind. 15 U.S.C. § 78-u4(b)(2). The inference of scienter must be more than merely reasonable – it must be cogent and compelling, meaning that a complaint will only survive if a reasonable person would deem the inference of scienter cogent and at least as compelling as any opposing inference one could draw from the facts alleged. *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 323-24 (2007).

(ii) commence a civil action against each member of Management to recover for the benefit of the Company the amount of damages sustained by the Company as a result of their breaches of fiduciary duties and violations of Minnesota and/or federal law alleged herein.

If within a reasonable period of time after receipt of this letter the Board has not commenced an action and taken the other measures as demanded herein, the Stockholder will commence a shareholder's derivative action on behalf of the Company seeking appropriate relief.

Very truly yours,

THE WEISER LAW FIRM, P.C.

*Robert B. Weiser /DTC*
Robert B. Weiser

cc: Khuong "Ken" Tran

8