UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE BEST BUY CO., INC. SHAREHOLDER DERIVATIVE LITIGATION

Civil No. 15-cv-02664 (DWF/SER)

KHUONG TRAN, derivatively on behalf of BEST BUY CO., INC.,

Plaintiff,

v.

HUBERT JOLY, SHARON MCCOLLAM, BRIAN J. DUNN, JAMES L. MUEHLBAUER, RICHARD M. SCHULZE, MATTHEW H. PAULL, HATIM A. TYABJI, KATHY J. HIGGINS VICTOR, RONALD JAMES, ROGELIO M. REBOLLEDO, GEORGE L. MIKAN III, GÉRARD R. VITTECOQ, RUSSELL P. FRADIN, SANJAY KHOSLA, LISA M. CAPUTO, BRADBURY H. ANDERSON, ALLEN U. LENZMEIER, ELLIOT S. KAPLAN, MICHAEL A. VITELLI, FRANK D. TRESTMAN, J. PATRICK DOYLE, DAVID W. KENNY, THOMAS L. MILLNER

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Defendants,
and

BEST BUY CO., INC.,

Nominal Defendant.

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 23.1(c), Plaintiff Khuong Tran, by his undersigned attorneys, gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants. Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a) given that Defendants have neither answered the Complaint nor filed a motion for summary judgment. Notice of the voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiff nor Plaintiff's counsel have received or will receive any compensation for this dismissal.[1]

Dated: March 21, 2019

**ZIMMERMAN REED LLP**

By: *s/ June P. Hoidal*
Carolyn G. Anderson, No. 275712
June P. Hoidal, No. 033330X
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
carolyn.anderson@zimmreed.com
june.hoidal@zimmreed.com

*Liaison Counsel for Plaintiff*

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
Brett D. Stecker
James M. Ficaro
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062

*Counsel for Plaintiff*

---

[1] *See* 7C Charles Alan Wright, *Fed. Prac. & Proc. Civ.* § 1839 (3d ed. 2018).